# Court of Appeals
# of the State of Georgia

ATLANTA, July 15, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1032. JOHNNY ROGERS v. THE STATE.**

In 2018, Johnny Rogers pleaded guilty to multiple counts of child molestation and other sexual offenses. Rogers filed a motion to vacate, set aside, or correct void sentence, which the trial court denied on August 2, 2024. Rogers filed a notice of appeal on October 3, 2024. We lack jurisdiction.

Pretermitting whether the trial court's order was subject to direct appeal, we lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Rogers filed his notice of appeal 62 days after entry of the order he seeks to appeal. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/15/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*